IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NORTHFIELD INSURANCE COMPANY,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00078-P |
| **TX10 INDUSTRIAL, LLC.,** | § § § | |
| Defendant. | § § | |

# ORDER

Plaintiff filed a notice of voluntary dismissal in which it seeks an order of dismissal without prejudice. *See* Notice, ECF No. 6. Defendant has not filed an answer or appeared. Thus, pursuant to this Notice, the Court finds that this case should be and hereby is **DISMISSED without prejudice.**

**SO ORDERED** on this **3rd day** of **February, 2021.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE