# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **NORTHFIELD INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **Civil Action No. 4:21-cv-00078-P** |
| **TX10 INDUSTRIAL, LLC.,** | § § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

In accordance with the Court's Order (ECF No. 7) issued this date, the Court finds it appropriate to issue this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

**SO ORDERED** on this **3rd day** of **February, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE